(846-OBF) 1-246483

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
00 JUN -2 AM 9: 13
U.S. CLERK'S OFFICE
SAN JUAN, P.R.

DORAL FINANCIAL CORPORATION      -    CIVIL NO. 97-1800 (DRD)
FORMERLY, FIRST FINANCIAL        -
CARIBBEAN CORPORATION D/B/A      -    FOR
HF MORTGAGE BANKERS

PLAINTIFF                        -
                                 -
VS.                              
                                 -    ACTION FOR: COLLECTION
OSCAR ANTONIO SANTOS             -    OF MONIES AND ORDINARY
JIMENEZ, ET ALS                  -    FORECLOSURE OF MORTGAGE
                                 -    NOTE
DEFENDANT                        -
-----------------------------------

## ORDER OF EVICTION

WHEREAS: As upon the foreclosure of the Mortgage executed in favor of United States of America (Rural Development) the Special Master appointed here in at a public sale held on January 12,, 1999, sold to oral Financial Corporation, Formerly, First Financial Caribbean Corporation D/B/A H.F. Mortgage Bankers, the premises described as follows:

---URBANA: Solar radicado en la Urbanización Summit Hills Development, Tureyquen, del Bo. Monacillos de Río Piedras, antes, hoy San Juan, Puerto Rico, que se marca con el #26 en el bloque Z del plano de inscripción, con una cabida superficial de 450.00 metros cuadrados colindancias por el ESTE, su frente, en distancia de 15.00 metros con la Calle Y; por el OESTE, su fondo, en distancia de 15.00 metros con el solar #3 del bloque Z; por el NORTE, su derecha entrando, en distancia de 30.00 metros con el solar #25 del bloque Z; y por el SUR, su izquierda entrando, en distancia de 30.00 metros con el solar #27 del bloque Z.
---Enclava una casa de concreto reforzado y bloques.
---Inscrita al folio 295 del tomo 878 de Monacillos, finca 14,287, inscripción 9na.

WHEREAS: Said sale was confirmed by order of this court.

WHEREAS: Having complied with all the requirements of the law the Purchaser, Doral Financial Corporation, Formerly, First Financial Caribbean

*Corporation D/B/A H.F. Mortgage Bankers, is entitled to have possession of said property.*

*WHEREFORE: It is ordered by this Court that the U.S. Marshall proceed to evict the occupant (s) of said property sold and that the U. S. Marshall are authorize if necessary to use whatever means are need to gain entry to the property including removing looks doors and windows, in order to gain access to said property.*

*In San Juan, Puerto Rico, this 1 of June 2000.*

*[signature]*

UNITED STATES DISTRICT JUDGE