*HF (846) 1-246483*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| DORAL FINANCIAL CORPORATION FORMERLY FIRST FINANCIAL CARIBBEAN CORPORATION, DOING BUSINESS AS H.F. MORTGAGE BANKERS | : | CIVIL NO: 97-1800 (DRD) |
| PLAINTIFF | : | |
| VS. | : | FOR: |
| OSCAR ANTONIO SANTOS JIMENEZ, ET ALS | : | COLLECTION OF MONIES AND ORDINARY FORECLOSURE OF MORTGAGE NOTE |
| DEFENDANTS | : | |

## ORDER FOR CONFIRMATION OF SALE

The report of José Peña Olmeda, Special Master appointed in this case of the things and acts done by him under the provisions of the Judgment entered and filed on August 18, 1997 is hereby APPROVED and upon motion filed by plaintiff, the sale made by the Special Master to DORAL FINANCIAL CORPORATION, FORMERLY FIRST FINANCIAL CARIBBEAN CORPORATION D/B/A HF MORTGAGE BANKERS at the public sale held on January 12, 1999, at 10:30 A.M., of the property referred to in said Judgment is HEREBY CONFIRMED.

The bid made aforesaid by plaintiff is hereby ordered to be deducted from or credited to the amounts adjudged to be paid to plaintiff under the terms of said Judgment.

The Court further orders that the Special Master proceed at once to execute a Deed of Conveyance to DORAL FINANCIAL CORPORATION, FORMERLY FIRST FINANCIAL CARIBBEAN CORPORATION D/B/A HF MORTGAGE BANKERS of the propery sold.

SO ORDERED, in San Juan, Puerto Rico, this 6 day of April 2001.

*UNITED STATES DISTRICT JUDGE*